UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHERYL F. LILLING, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-11957-JCB |
| v. | ) ) | |
| BRUCE D. MOORE, et al. | ) ) | |
| Defendants. | ) ) ) | |

## JUDGMENT

May 30, 2013

Boal, M.J.

In accordance with the Court's Memorandum and Order dated March 28, 2013 granting in part the Defendants' motion for summary judgment and granting Plaintiffs Laurence Lilling and Beth Lilling's motion for partial summary judgment, the Court hereby enters judgment as follows:

1. The Court enters judgment in favor of Laurence Lilling and Beth Lilling on their accounting claims to the extent that it finds that Laurence Lilling and Beth Lilling are entitled to an accounting of the personal property transferred to the 2009 Bernice Moore Trust on October 26, 2009.  The Defendants shall provide such an accounting no later than thirty days from the entry of this Judgment.

2. The Court enters judgment in favor of the Defendants and against the Plaintiffs on all remaining claims in the Complaint, except for Laurence Lilling's claims of conversion against Bruce D. Moore (Count 2 of the Complaint) with respect to only four pieces of property, as those claims are the subject of a Stipulation of

Dismissal (Docket No. 177).

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge